No. 319. DUPONT *v.* COMMISSIONER OF INTERNAL REVENUE. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit

denied. *Messrs. Robert N. Miller, Ward Loveless* and *Frederick O. Graves* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Joseph M. Jones* for respondent.